1  JOHN L. BURRIS (State Bar No. 69888)
   DEWITT M. LACY (State Bar No. 258789)
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, CA 94621
4  Telephone: (510) 839-5200
   Facsimile: (510) 839-3882
5
   Attorneys for Plaintiff
6  RICKEY McNEAL

7

   JAMES V. FITZGERALD, III (State Bar No. 55632)
8  NOAH G. BLECHMAN (State Bar No. 197167)
   MCNAMARA, NEY, BEATTY, SLATTERY,
9  BORGES & AMBACHER LLP
   1211 Newell Avenue
10 Post Office Box 5288
   Walnut Creek, CA 94596
11 Telephone: (925) 939-5330
   Facsimile: (925) 939-0203
12
   Attorneys for Defendants
13 CITY OF ANTIOCH et.al.

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17  RICKEY McNEAL,                          Case No. C11-04497 LB

18          Plaintiff,                       **JOINT STIPULATION
                                             TO DISMISS PLAINTIFF
19  vs.                                      MCNEAL'S STATE LAW
                                             CLAIMS (CAUSES OF ACTION 2 - 7)
20  CITY OF ANTIOCH, a municipal             WITH PREJUDICE** : AND ORDER
    corporation; OFFICER TREVOR
21  SCHNITZIUS individually and in his
    capacity as a police officer for CITY OF  Judge: Hon. Laurel Beeler
22  ANTIOCH POLICE DEPARTMENT,
    OFFICER JAMES PERKINSON                   Trial: July 8, 2013
23  individually and in his capacity as a police
    officer for CITY OF ANTIOCH POLICE
24  DEPARTMENT, OFFICER TONY
    MOREFIELD individually and in his
25  capacity as a police officer for CITY OF
    ANTIOCH POLICE DEPARTMENT,
26  OFFICER BRIAN ROSE individually and
    in his capacity as a police officer for CITY
27  OF ANTIOCH POLICE DEPARTMENT,
    OFFICER JISEOK JEONG individually
28  and in his capacity as a police officer for

CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER JAMES BEDGOOD individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER MARTIN HYNES individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER GARY LOWTHER individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENTOFFICER CLINTON MEALS individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER NICHOLAS WARD individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, DOES 1-100, inclusive; individually and in their capacities as POLICE OFFICERS for CITY OF ANTIOCH,

Defendants.

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff RICKEY MCNEAL and Defendants CITY OF ANTIOCH, OFFICER TREVOR SCHNITZIUS, OFFICER JAMES PERKINSON, OFFICER TONY MOREFIELD, OFFICER BRIAN ROSE, OFFICER JISEOK JEONG, OFFICER JAMES BEDGOOD, OFFICER MARTIN HYNES, OFFICER GARY LOWTHERM, OFFICER CLINTON MEALS, OFFICER NICHOLAS WARD ("Defendants") hereby stipulate and agree as follows:

Plaintiff Rickey McNeal hereby <u>dismisses with prejudice</u> the following state law claims plead in his First Amended Complaint, filed on December 9, 2011:

1. Assault and Battery (Second Cause of Action),
2. False Arrest and Imprisonment (Third Cause of Action),
3. Negligent Infliction of Emotional Distress (Fourth Cause of Action),
4. California Civil Code § 51.7 (Fifth Cause of Action),
5. California Civil Code § 52.1 (Sixth Cause of Action), and
6. Negligence (Seventh Cause of Action).

C11-04497 LB – STIPULATION TO DISMISS STATE LAW CLAIMS    2

These claims are <u>dismissed with prejudice</u> as to all Defendants, with <u>each party to bear its own costs and fees</u>.

SO STIPULATED.

Dated: June 12, 2012         LAW OFFICES OF JOHN L. BURRIS

By: /s/ Lacy, DeWitt
John L. Burris / DeWitt Lacy
Attorneys for Plaintiff RICKEY MCNEAL

Dated: June 12, 2012         MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: /s/ Fitzgerald, James V.
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF ANTIOCH, et.al.

Dated: July 19, 2012

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C11-04497 LB – STIPULATION TO DISMISS STATE LAW CLAIMS        3