JOHN L. BURRIS (State Bar No. 69888)
DEWITT M. LACY (State Bar No. 258789)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorneys for Plaintiff
RICKEY McNEAL

JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF ANTIOCH et.al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY McNEAL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF ANTIOCH, a municipal corporation; OFFICER TREVOR SCHNITZIUS individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER JAMES PERKINSON individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER TONY MOREFIELD individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER BRIAN ROSE individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER JISEOK JEONG individually and in his capacity as a police officer for | Case No. C11-04497 LB<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF MCNEAL'S STATE LAW CLAIMS (CAUSES OF ACTION 2 - 7) WITH PREJUDICE** : AND ORDER<br><br>Judge: Hon. Laurel Beeler<br><br>Trial: July 8, 2013 |

C11-04497 LB – STIPULATION TO DISMISS
STATE LAW CLAIMS

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12 | CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER JAMES BEDGOOD individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER MARTIN HYNES individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER GARY LOWTHER individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENTOFFICER CLINTON MEALS individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, OFFICER NICHOLAS WARD individually and in his capacity as a police officer for CITY OF ANTIOCH POLICE DEPARTMENT, DOES 1-100, inclusive; individually and in their capacities as POLICE OFFICERS for CITY OF ANTIOCH,<br><br>Defendants. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff RICKEY MCNEAL and Defendants CITY OF ANTIOCH, OFFICER TREVOR SCHNITZIUS, OFFICER JAMES PERKINSON, OFFICER TONY MOREFIELD, OFFICER BRIAN ROSE, OFFICER JISEOK JEONG, OFFICER JAMES BEDGOOD, OFFICER MARTIN HYNES, OFFICER GARY LOWTHERM, OFFICER CLINTON MEALS, OFFICER NICHOLAS WARD ("Defendants") hereby stipulate and agree as follows:

Plaintiff Rickey McNeal hereby <u>dismisses with prejudice</u> the following state law claims plead in his First Amended Complaint, filed on December 9, 2011:

1. Assault and Battery (Second Cause of Action),
2. False Arrest and Imprisonment (Third Cause of Action),
3. Negligent Infliction of Emotional Distress (Fourth Cause of Action),
4. California Civil Code § 51.7 (Fifth Cause of Action),
5. California Civil Code § 52.1 (Sixth Cause of Action), and
6. Negligence (Seventh Cause of Action).

These claims are <u>dismissed with prejudice</u> as to all Defendants, with <u>each party to bear its own costs and fees</u>.

SO STIPULATED.

Dated: June 12, 2012          LAW OFFICES OF JOHN L. BURRIS


By: /s/ Lacy, DeWitt
John L. Burris / DeWitt Lacy
Attorneys for Plaintiff RICKEY MCNEAL


Dated: June 12, 2012          MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP


By: /s/ Fitzgerald, James V.
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF ANTIOCH, et.al.

Dated: July 19, 2012



APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C11-04497 LB – STIPULATION TO DISMISS STATE LAW CLAIMS          3