UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICKEY MCNEAL,<br><br>      Plaintiff(s),<br>v.<br><br>OFFICER TREVOR SCHNITZIUS,<br><br>      Defendant(s).<br>_____/ | No. C 11-04497 LB<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF No. 28] |

On September 20, 2012, the court received notice that the parties participated in mediation and that case fully settled. Certification of ADR Session, ECF No. 28. To make sure the case moves along, the court sets a Further Case Management Conference on December 6, 2012 at 10:30 a.m. in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties' Joint Case Management Conference Statement is due on November 29, 2012.

Because this case has settled, if the parties file the appropriate dismissal papers by November 29, 2012, the December 6, 2012 Further Case Management Conference will be vacated.

**IT IS SO ORDERED.**

Dated: September 20, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04497 LB
ORDER