UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| RICKEY MCNEAL,<br><br>             Plaintiff(s),<br>     v.<br><br>OFFICER TREVOR SCHNITZIUS,<br><br>             Defendant(s).<br>_____/ | No. C 11-04497 LB<br><br>**ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF No. 30] |

On September 20, 2012, the court received notice that the parties participated in mediation and that the case fully settled. Certification of ADR Session, ECF No. 28. Because this case has settled, the court set a Further Case Management for December 6, 2012 but explained that if the parties filed the appropriate dismissal papers before then, the conference would be vacated.

On November 28, 2012, the **parties** filed a statement saying that they need more time to complete the settlement. 11/28/2012 Statement, ECF No. 30. Accordingly, the court **CONTINUES** the Further Case Management Conference from December 6, 2012 to **January 10, 2013 at 10:30 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102. The parties shall file a joint Case Management Statement by January 3, 2013. Again, if the parties file the appropriate dismissal papers before the conference, it will be vacated.

**IT IS SO ORDERED.**

Dated: November 29, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 11-04497 LB
ORDER